IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

In Re:                                                          In Proceedings for a Plan under Chapter 13

James Stanley Panus

                                                             Case No.:  15-40751-abf-13

Debtor

      SSN XXX-XX-7951

## AMENDED ORDER DIRECTING DEBTOR TO PAY TRUSTEE

     The Court, having determined that it has exclusive jurisdiction of your wages, salaries, commissions and future earnings for the purpose of paying your debts under the Chapter 13 plan, it is hereby ORDERED that you pay the amounts listed on the schedule below to:

     Richard V. Fink
     Chapter 13 Trustee
     P.O. Box 1839
     Memphis, TN 38101-1839

     All payments are due as called for under your plan.  Payments are to be made with a Money Order, Cashier's Check or Personal Check.  **CASH WILL NOT BE ACCEPTED.**  Your name and Chapter 13 case number must be listed on each remittance.

     You can contact the trustee's office at (816) 842-1031.

     Failure to comply with this Order may result in your plan being dismissed.

Date:  September 02, 2015

                                                                                   /s/ Arthur B. Federman

                                                                                   Bankruptcy Judge

PLAN PAYMENTS:

| Due Date | | | Periods |
|---|---|---|---|
| April 18, 2015 | $3,100.00 | monthly | 5.00 |
| September 18, 2015 | $600.00 | monthly | Until further Order of the Court |