**Fill in this information to identify the case:**

Debtor 1: JAMES STANLEY PANUS

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Missouri

Case number: 15-40751

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as trustee of NRZ Pass-Through Trust IX

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 4 3 6 5

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges |  | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees |  | (2) | $ _____ |
| 3. Attorney fees |  | (3) | $ _____ |
| 4. Filing fees and court costs |  | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees |  | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | 3/13/2018  $95 | (6) | $ 95.00 |
| 7. Property inspection fees | 3/15/2018  $15 | (7) | $ 15.00 |
| 8. Tax advances (non-escrow) |  | (8) | $ _____ |
| 9. Insurance advances (non-escrow) |  | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ |  | (10) | $ _____ |
| 11. Other. Specify:_____ |  | (11) | $ _____ |
| 12. Other. Specify:_____ |  | (12) | $ _____ |
| 13. Other. Specify:_____ |  | (13) | $ _____ |
| 14. Other. Specify:_____ |  | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**    page 1

Debtor 1  __JAMES STANLEY PANUS__  Case number (*if known*) __15-40751__
　　　　　First Name　Middle Name　Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ __/s/ Ankita Gupta__　　　　　　　　　　Date __05/02/2018__
　　Signature

Print:　__Ankita Gupta__　　　　　　　　　Title __Claims Processor__
　　　　First Name　Middle Name　Last Name

Company　__AIS Portfolio Services, LP__

Address　__P.O. Box 201347__
　　　　　Number　Street
　　　　　__Arlington__　　　　__TX__　__76006__
　　　　　City　　　　　State　ZIP Code

Contact phone　__888-455-6662__　　　　　Email _____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Western DISTRICT OF Missouri
KANSAS CITY Division

IN RE:                                                                                              Judge:   Brian T. Fenimore
                                                                                                    Case No. 15-40751

Case Name: James Stanley Panus

     Debtor(s).

### NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES

PLEASE BE ADVISED that on 05/02/2018 (the "Notice Date"), pursuant to Federal Rule of Bankruptcy Procedure 3002.1(c) (the "Bankruptcy Rules"), U.S. Bank National Association, not in its individual capacity but solely as trustee of NRZ Pass-Through Trust IX  filed a Notice of Postpetition Mortgage Fees, Expenses and Charges (the "Notice") on the Bankruptcy Court's Claims Register, supplementing U.S. Bank National Association, not in its individual capacity but solely as trustee of NRZ Pass-Through Trust IX's previously filed proof of claim. The Notice was filed within 180 days after the date on which the fees, expenses and/or charges were incurred by James Stanley Panus. A copy of the Notice is attached hereto.

The filing of this Notice, via the Court's Electronic Filing system, constitutes service upon the Chapter 13 Trustee and counsel for the Debtor(s), pursuant to Bankruptcy Rule 3002.1 and all applicable Bankruptcy Rules. Further, a copy of the Notice was served upon the Debtor(s) on the Notice Date, at the address listed below, via Electronic Notice or by First Class U.S. Mail, postage prepaid, within 180 days after the date on which the fees, expenses and/or charges were incurred by James Stanley Panus.

James Stanley Panus
7 U STREET
LAKE LOTAWANA,MO 64086

Date: 05/02/2018

                                                      By: /s/ Ankita Gupta
                                                      Ankita Gupta, Claims Processor
                                                      P.O. Box 165028
                                                      Irving, TX 75016
                                                      (817) 277-2011 Office
                                                      (888) 455-6662 Toll Free
                                                      (817) 461-8070 Fax
                                                      Authorized Agent for Shellpoint Mortgage Servicing

**DEBTOR ATTORNEY:**
TRACY L ROBINSON
ATTORNEY AT LAW
818 GRAND BLVD SUITE 505
KANSAS CITY,MO 64106

**TRUSTEE:**
RICHARD FINK
Trustee of the U.S. Bankruptcy Court
SUITE 1200
2345 GRAND BLVD
KANSAS CITY,MO 64108